```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION
```

**RANDY M. CARTER,**                )
                                    )
        Petitioner,   )
                                    )
     v.                            )    No. 4:06-CV-533(DDN)
                                    )
**JILL McGUIRE,**                   )
                                    )
        Respondent.   )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that if petitioner appeals from the dismissal of his § 2254 petition, then a certificate of appealability shall not issue.

Dated this __15th__ day of June, 2006.

_____
**UNITED STATES DISTRICT JUDGE**